1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOSEPH ROBINSON,

11          Plaintiff,                    No. CIV S-10-2948 JAM DAD PS

12      v.

13   PLUMAS COUNTY,
                                          ORDER
14          Defendant.

15   _____/

16          The pro se plaintiff has filed two motion requesting that the court rule on

17   defendant's pending motion to dismiss.  (Doc. Nos. 31 & 32.) Therein, plaintiff argues that this

18   court should rule on defendant's pending motion to dismiss forthwith.  Although hearing dates

19   are referred to in the captions and the body of both motions, neither motion was properly noticed

20   for hearing in compliance with the Local Rules.  See Local Rule 230(b).  Moreover, the court

21   will issuing findings and recommendations with respect to defendant's pending motion to

22   dismiss in due time.  Plaintiff's motions for a ruling are unnecessary.  Therefore, plaintiff's May

23   /////

24   /////

25   /////

26   /////

10, 2011 (Doc. No. 31) and May 12, 2011(Doc. No. 32) motions for ruling are denied.  The
matters will not appear on the court's June 17, 2011 calendar.

    IT IS SO ORDERED.

DATED: June 16, 2011.

_____

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
robinson2948.ord.den.motruling

2